~~SEALED~~

FILED

2016 FEB 10 PM 1:46

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ABDULLAH HAMIDULLAH
  a/k/a Abdullah Hamid
  a/k/a Abdullah Al Hamid
  a/k/a "Supafly"

CHRISTINA LYNN DAVIS
  a/k/a Christina Hamid

CASE NO. 6:16-cr-27-Orl-41-KRS
18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)
18 U.S.C. § 2421
18 U.S.C. § 2422(a)
18 U.S.C. § 1952(a)(3)
18 U.S.C. § 1028(a)(7)
18 U.S.C. § 981(a)(1)(C) -Forfeiture
18 U.S.C. § 982 - Forfeiture
18 U.S.C. § 1594 – Forfeiture
18 U.S.C. § 2428 – Forfeiture
18 U.S.C. § 1028 - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or about November 2010 and continuing through in or about January 2013, in Orange County, in the Middle District of Florida, and elsewhere,

**ABDULLAH HAMIDULLAH**
**a/k/a Abdullah Hamid**
**a/k/a Abdullah Al Hamid**
**a/k/a "Supafly"**

the defendant herein, did knowingly combine, conspire, and agree with other persons both known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1591(a), that is, in and affecting interstate and foreign commerce, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing and in reckless disregard of the fact

that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause that person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

Beginning in or about November 2010 and continuing through in or about February 2011, in Orange County, in the Middle District of Florida, and elsewhere,

**ABDULLAH HAMIDULLAH**
a/k/a Abdullah Hamid
a/k/a Abdullah Al Hamid
a/k/a "Supafly"

the defendant herein, in and affecting interstate and foreign commerce, and aiding and abetting others known and unknown to the Grand Jury, attempted to and did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means A.W., an adult female whose identity is known to the Grand Jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used and were used to cause A.W. to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a), 1591(b)(1), 1594(a), and 2.

## COUNT THREE

Beginning in or about December 2010 and continuing through in or about January 2011, in Orange County, in the Middle District of Florida, and elsewhere,

2

**ABDULLAH HAMIDULLAH**
**a/k/a Abdullah Hamid**
**a/k/a Abdullah Al Hamid**
**a/k/a "Supafly"**

the defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly transport A.W., an adult female whose identity is known to the Grand Jury, in interstate commerce, from Florida to Washington, D.C., with the intent that A.W. engage in prostitution.

All in violation of Title 18, United States Code, Sections 2421 and 2.

## COUNT FOUR

Beginning in or about December 2010 and continuing through in or about January 2011, in Orange County, in the Middle District of Florida, and elsewhere,

**ABDULLAH HAMIDULLAH**
**a/k/a Abdullah Hamid**
**a/k/a Abdullah Al Hamid**
**a/k/a "Supafly"**

the defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly persuade, induce, and entice L.P., an adult female whose identity is known to the Grand Jury, to travel in interstate commerce, from Florida to Washington, D.C., with the intent that L.P. engage in prostitution; and attempted to do so.

All in violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT FIVE

Beginning in or about December 2010 and continuing through in or about January 2011, in Orange County, in the Middle District of Florida, and elsewhere,

**ABDULLAH HAMIDULLAH**
a/k/a Abdullah Hamid
a/k/a Abdullah Al Hamid
a/k/a "Supafly"

the defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly persuade, induce, and entice T.R., an adult female whose identity is known to the Grand Jury, to travel in interstate commerce, from Florida to Washington, D.C., with the intent that T.R. engage in prostitution; and attempted to do so.

All in violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT SIX

Beginning in or about March 2011 and continuing through in or about January 2013, in Orange County, in the Middle District of Florida, and elsewhere,

**CHRISTINA LYNN DAVIS**
a/k/a Christina Hamid

the defendant herein, aiding and abetting others known and unknown to the Grand Jury, traveled in interstate commerce, and used facilities in interstate commerce, that is the Internet, electronic mail, and cellular telephones, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, prostitution in violation of Florida Statute Sections 796.07(2)(e) and (h), and thereafter knowingly performed an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, prostitution in violation of Florida Statute Sections

796.07(2)(e) and (h).

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

## COUNT SEVEN

Beginning in or about November 2011 and continuing through in or about January 2013, in Orange County, in the Middle District of Florida, and elsewhere,

**CHRISTINA LYNN DAVIS**
**a/k/a Christina Hamid**

the defendant, did knowingly possess and use, in and affecting interstate commerce, without lawful authority, a means of identification of another person, to wit, the Florida driver's license of K.T., whose identity is known to the Grand Jury, knowing that the means of identification belonged to another actual person, with the intent to commit, and to aid and abet, and in connection with, an unlawful activity that constitutes a violation of federal law, to wit: the unlawful activity charged in Count Six of the Indictment, which constitutes a violation of Title 18, United States Code, Section 1952(a)(3).

All in violation of Title 18, United States Code, Sections 1028(a)(7), (b)(2)(B), and (c)(3)(A).

## FORFEITURES

1. The allegations contained in Counts One through Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), 1028(b)(5), 1594, 2428, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One and Two of this Indictment, the defendant, **ABDULLAH HAMIDULLAH, a/k/a Abdullah Hamid, a/k/a Abdullah Al Hamid, a/k/a "Supafly,"** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3. Upon conviction of a violations alleged in Counts Three through Five of this Indictment, the defendant, **ABDULLAH HAMIDULLAH, a/k/a Abdullah Hamid, a/k/a Abdullah Al Hamid, a/k/a "Supafly,"** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

4. Upon conviction of the violation alleged in Count Six of this Indictment, the defendant, **CHRISTINA LYNN DAVIS, a/k/a Christina Hamid,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

5. Upon conviction of the violation alleged in Count Seven of this Indictment, the defendant, **CHRISTINA LYNN DAVIS, a/k/a Christina Hamid,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation and pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense.

6. If any of the property described above, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1), 1028(g), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

By: _____
Ilianys Rivera Miranda
Assistant United States Attorney

By: _____
William E. Nolan
Trial Attorney, Civil Rights Division

FORM OBD-34
APR 1991

No. 

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ABDULLAH HAMIDULLAH
CHRISTINA LYNN DAVIS

## INDICTMENT

Violations:

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)
18 U.S.C. § 2421
18 U.S.C. § 2422(a)
18 U.S.C. § 1952(a)(3)
18 U.S.C. § 1028(a)(7)

A true bill,

_____
Foreperson

Filed in open court this 10th day of February, 2016.

_____
Clerk

Bail $ _____